# EXHIBIT 2

Appearance

Attorney Jay M. Wolman

*Lafferty, et al., v. Jones, et al.*
Judicial District of Fairfield
Dkt. No. FBT-CV-18-6075078-S
June 28, 2018

# APPEARANCE
JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

**Instructions —** *See Back/Page 2*

### Notice To Self-Represented Parties
*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

**Return date:** Jun-26-2018
**Docket number:** FBT-CV-18-6075078-S

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
LAFFERTY, ERICA Et Al v. JONES, ALEX EMRIC Et Al

☒ Judicial District   ☐ Housing Session   ☐ Small Claims   ☐ Geographic Area number ___

**Address of Court** *(Number, street, town and zip code)*
1061 MAIN STREET BRIDGEPORT, CT 06604

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

**Name of self-represented party** (See "Notice to Self-Represented Parties" at top), or name of official, firm, professional corporation, or individual attorney
JAY MARSHALL WOLMAN

**Juris number of attorney or firm:** 433791

**Mailing Address** *(Number, street)* (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)
100 PEARL STREET 14TH FLOOR

**Post office box:**
**Telephone number** *(Area code first)*: 702-420-2001

| City/town | State | Zip code | Fax number (Area code first) | E-mail address |
|---|---|---|---|---|
| HARTFORD | CT | 06103 | 305-437-7662 | jmw@randazza.com |

**in the case named above for:** *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☒ The following Defendant(s) only: **Pty# D-01 ALEX EMRIC JONES *See additional page**
☐ Other *(Specify):*
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8)*: _____
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☒ Yes   ☐ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ 433791 | JAY MARSHALL WOLMAN | Jun 28 2018 |

## Certification
I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Jun 28 2018** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

**Name and address of each party and attorney that copy was mailed or delivered to***
KOSKOFF KOSKOFF & BIEDER PC - 350 FAIRFIELD AVENUE/BRIDGEPORT, CT 06604
REGNIER TAYLOR CURRAN & EDDY - 100 PEARL STREET/4TH FLOOR/HARTFORD, CT 06103

*For Court Use Only*

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 433791 | JAY MARSHALL WOLMAN | Jun 28 2018 | 702-420-2001 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

Continuation of JDCL12 Appearance Form for FBT-CV-18-6075078-S

Submitted By JAY MARSHALL WOLMAN (433791)

Additional Party(ies) (Continued from JDCL12)

**For these party(ies)**

Pty# D-02 INFOWARS, LLC

Pty# D-03 FREE SPEECH SYSTEMS, LLC

Pty# D-04 INFOWARS HEALTH LLC

Pty# D-05 PRISON PLANET TV LLC

***** End of Party List *****

**Continuation of JDCL12 Appearance Form for FBT-CV-18-6075078-S**

**Submitted By JAY MARSHALL WOLMAN (433791)**

**Certification of Service (Continued from JDCL12)**

**Name and Address at which service was made:**

WOLFGANG HALBIG (Self Represented) - 25526 HAWKS RUN LANE SORRENTO, FL 32776

***** End of Certification of Service *****