# **EXHIBIT 4**

Supplemental Return of Service

*Lafferty, et al., v. Jones, et al.*
Judicial District of Fairfield
Dkt. No. FBT-CV-18-6075078-S
June 14, 2018

## AFFIDAVIT OF PROCESS SERVER

| | | |
|---|---|---|
| Docket No: FBT-CV-18-6075078-S | : | STATE OF CONNECTICUT |
| ERICA LAFFERTY, ET AL. | : | JUDICIAL DISTRICT |
| v. | : | OF FAIRFIELD |
| ALEX JONES, ET AL. | : | AT BRIDGEPORT |

I, Barbara C. Stinnett, received the below documents on Wednesday, June 13, 2018 at 8:39 AM to be delivered to the within named defendant ALEX EMRIC JONES.

Then and by virtue hereof, and by direction of the Plaintiffs' Attorney, I left a verified, true and attested copy of the WRIT, SUMMONS and COMPLAINT attached to the front door at the usual place of abode of the within named defendant ALEX EMRIC JONES, at 15101 Back of the Moon, Unit D, Austin, TX 78734 on Wednesday, June 13, 2018 at 11:38 AM.

I verified the address with two neighbors and with the land records on the Travis Central Appraisal District website.

ATTEST:

Barbara C. Stinnett
Process Server
PSC-1181; Exp: 7/31/2020
P.O. Box 684627
Austin, TX 78768

In the State of TEXAS, County of TRAVIS. Subscribed and Sworn to before me on the 14th day of June, 2018 by the affiant who is personally known to me.

Notary Public



HARRISON STINNETT
My Notary ID # 129047716
Expires July 9, 2020