# **EXHIBIT 5**

Declaration of Alex Jones

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; and WILLIAM ALDENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC., <br><br> Defendants. | Case No. _____ <br><br><br> July 13, 2018 |

## DECLARATION OF ALEX JONES

I, Alex Emric Jones, declare under penalty of perjury:

1. I am over the age of 18 years and am fully competent to make this Declaration.

2. The facts set forth in this Declaration are within my personal knowledge and are true and correct to the best of my knowledge and belief.

3. I am a Defendant in the above-captioned lawsuit.

4. I am a citizen and resident of the State of Texas.

5. Defendant Infowars, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein.

6. I am the sole member of Infowars, LLC.

7. Defendant Free Speech Systems, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein.

8. I am the sole member of Free Speech Systems, LLC.

- 1 -

- 2 -

9. Defendant Infowars Health, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein.

10. I am the sole member of Infowars Health, LLC.

11. Defendant Prison Planet TV, LLC, is a limited liability company organized under the laws of the State of Texas and has its principal place of business therein.

12. I am the sole member of Prison Planet TV, LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/13/2018.

DocuSigned by:
*Alex Jones*
4A4C02FF1C41465...

ALEX EMRIC JONES