# **EXHIBIT 7**

Consent to Removal

Defendant Midas Resources, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERICA LAFFERTY, DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, JEREMY RICHMAN, DONNA SOTO, CARLEE SOTO-PARISI, CARLOS M. SOTO, JILLIAN SOTO, and WILLIAM ALDENBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX EMRIC JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, INFOWARS HEALTH, LLC, PRISON PLANET TV, LLC, WOLFGANG HALBIG, CORY T. SKLANKA, GENESIS COMMUNICATIONS NETWORK, INC., and MIDAS RESOURCES, INC.,<br><br>Defendants. | Case No.<br><br>July 13, 2018 |

**CONSENT TO REMOVAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, the Defendant, Midas Resources, Inc., hereby consents to the removal to this Court, by Defendant Alex Emric Jones, the civil action from the Superior Court, Judicial District of Fairfield at Bridgeport, Connecticut ("state court") entitled *Lafferty, et al. v. Jones, et al.*, bearing a return date of June 26, 2018, and a Case No. FBT-CV18-6075078-S.

Such consent should not be deemed a waiver of any substantive, procedural, or jurisdictional defenses to the claims of the plaintiffs, which are all hereby preserved.

Dated: July 10, 2018

Respectfully submitted,
MIDAS RESOURCES, INC.,
By its attorneys,

_____