# EXHIBIT 8

Consent to Removal

Defendant
Genesis Communication Network, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERICA LAFFERTY, DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, JEREMY RICHMAN, DONNA SOTO, CARLEE SOTO-PARISI, CARLOS M. SOTO, JILLIAN SOTO, and WILLIAM ALDENBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX EMRIC JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, INFOWARS HEALTH, LLC, PRISON PLANET TV, LLC, WOLFGANG HALBIG, CORY T. SKLANKA, GENESIS COMMUNICATIONS NETWORK, INC., and MIDAS RESOURCES, INC.,<br><br>Defendants. | Case No.<br><br>July 13, 2018 |

**CONSENT TO REMOVAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, the Defendant, Genesis Communications Network, Inc., hereby consents to the removal to this Court, by Defendant Alex Emric Jones, the civil action from the Superior Court, Judicial District of Fairfield at Bridgeport, Connecticut ("state court") entitled *Lafferty, et al. v. Jones, et al.*, bearing a return date of June 26, 2018, and a Case No. FBT-CV18-6075078-S.

Such consent should not be deemed a waiver of any substantive, procedural, or jurisdictional defenses to the claims of the plaintiffs, which are all hereby preserved. By giving the instant

consent, such is not intended to constitute an appearance in the civil action in either the state court or the District Court.

Dated: July 10, 2018

Respectfully submitted,
GENESIS COMMUNICATIONS NETWORK, INC.,
By its President,

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, Minnesota 55337
Tel:
Fax:
T.anderson@gcnlive.com