## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; and WILLIAM ALDENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC., <br><br> Defendants. | Case No. 3:18-cv-01156-JCH <br><br> July 20, 2018 |

### SPECIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR, IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants Alex Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC, hereby move this Honorable Court to dismiss Plaintiffs' Complaint (Dkt. No. 1-1) under Connecticut's Anti-SLAPP statute, Conn. Gen. Stat. § 52-196a, or, alternately, to dismiss this action for failure to state a claim. Plaintiffs' Complaint should be dismissed in its entirety, as the claims are based on speech on an issue of public concern and Plaintiffs cannot succeed on the merits of their claims. In support hereof, Defendants rely upon the memorandum of law submitted herewith.

As set forth more fully in the memorandum of law, examination of the alleged statements made about Plaintiffs, involuntary and/or limited purpose public figures, shows they are neither capable of being deemed false statements of fact nor made with actual malice. No underlying torts occurred and there is no conspiracy or agency relationship among the defendants.

ORAL ARGUMENT REQUESTED

WHEREFORE Defendants respectfully request the Complaint be dismissed with prejudice, and the Court award Defendants the reasonable costs and attorneys' fees as prescribed by the statute, though Defendants waive any fees in excess of one dollar.

Dated: July 20, 2018.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman, ct29129
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: 702-420-2001
ecf@randazza.com

Marc J. Randazza, *pro hac vice* forthcoming
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: 702-420-2001
ecf@randazza.com

Attorneys for Infowars Defendants

Case No. 3:18-cv-01156-JCH

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of July 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

I further certify that copies of the foregoing document are being served by electronic mail and U.S. Mail upon the parties at the addresses below:

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776
<wolfgang.halbig@comcast.net>

*Self-Represented Defendant*

Ted Anderson
Genesis Communications Network, Inc.
190 Cobblestone Lane
Burnsville, MN 55337
<t.anderson@gcnlive.com>

*Representative for Defendant*
*Genesis Communications Network, Inc.*

/s/ Jay M. Wolman
Jay M. Wolman