# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ERICA LAFFERTY, *et al.*,   )
                            )    Case No: 3:18-cv-01156-JCH
   Plaintiffs,              )
                            )
vs.                         )
                            )
                            )
ALEX JONES, *et al.*,       )
                            )
   Defendants.              )

## HALBIG'S AFFIDAVIT RE CORY T. SKLANKA

Defendant Wolfgang S. Halbig, of age and duly sworn, provides this affidavit to assist the Court in deciding whether it has diversity jurisdiction, and states under oath as follows:

1.  Paragraph 37 of Plaintiffs' complaint alleges that Cory T. Sklanka "has worked closely with Halbig in Halbig's Sandy Hook 'investigative' work, including acting as driver and camera operator when Halbig has visited Connecticut ... and participating in the operation of SandyHook Justice.com and co-hosting Sandy Hook Justice broadcasts." This paragraph is almost entirely false. Cory Sklanka did drive me around when I visited Connecticut. However, Mr. Sklanka did not operate any camera; he did not have a camera; he has never touched a camera in my presence. He has had nothing to do with SandyHookJustice.com, nor has he co-hosted any broadcasts with me.

2.  Par. 60 of Plaintiffs' complaint alleges the same activities as Par. 37, but also says, "On information and belief, Sklanka assisted and was present with Halbig when he filmed and harassed children at the St. Rose of Lima church in Newtown, Connecticut, on June 2, 2015." Par. 65 further alleges that Mr. Sklanka and I and others "were seen videotaping children entering and exiting the building." Neither Mr. Sklanka nor I filmed or harassed children when I visited St. Rose of Lima church, nor did he or I videotape children entering or exiting the building, nor did Mr. Sklanka assist me in running a website. He was my driver, only.

3.  Par. 80 says, "Sklanka acted as Halbig's driver, and actively facilitated his appearance on Infowars." Sklanka had nothing to do with my appearance on Infowars.

4. Par. 85 says, "Similarly, Sklanka and Halbig acted together, and they both acted together with the Jones defendants, to develop, disseminate, and propagate many of the false statements described in this Complaint." I have not acted together with Sklanka in any of the activities alleged in this paragraph.

5. Par. 88 says, "Defendant Sklanka was at all relevant times a servant, agent, apparent agent, employee, and/or joint venturer of Halbig and the Jones defendants." Sklanka is (and was) *not* my agent or apparent agent, or my employee, servant, or joint venturer, at *any* time. His drove me around free of charge, in his own vehicle.

FURTHER AFFIANT SAITH NOT.

_____
Wolfgang S. Halbig

STATE OF FLORIDA    )
                    ) ss.
COUNTY OF LAKE      )

Subscribed and sworn to before me this ___ day of August, 2018, by Wolfgang S. Halbig.

WITNESS MY OFFICIAL SEAL:

BRENDA LIZ ROSARIO
Notary Public, State of Florida
Commission# GG 142351
My comm. expires Sept. 12, 2021

_____
Notary Public

My commission expires: 09/12/2021

2

## CERTIFICATE OF SERVICE

      I certify, by my signature below, that I have served the foregoing "HALBIG'S AFFIDAVIT RE CORY T. SKLANKA" on the other parties this _6_ day of August, 2018, by by email, addressed as follows:

William M. Bloss, Esq.
Matthew S. Blumenthal, Esq.
Koskoff Koskoff & Bieder
350 Fairfield Ave.
Bridgeport, CT   06604
bbloss@koskoff.com
mblumenthal@koskoff.com

Jay Marshall Wolman, Esq.
100 Pearl Street
14th Floor
Hartford, Ct 06103
jmw@randazza.com

Lawrence L. Connelli, Esq.
Regnier Taylor Curran & Eddy
100 Pearl Street
4th Floor
Hartford, Ct 06103
lconnelli@rtcelaw.com

Nicole R. Cuglietto, Esq.
Stephen P. Brown, Esq.
Wilson Elser Moskowitz Edelman & Dicker
1010 Washington Blvd
8th Floor
Stamford, Ct 06901
nicole.cuglietto@wilsonelser.com
Stephen.brown@wilsonelser.com

_____
Wolfgang S. Halbig

3




MAIL ★
XPRESS™
STEST SERVICE IN THE U.S.

10

COMPLETE

X-RAY SCREEN

UNITED STATES POSTAL SERVICE 1007

$27.45
R2305H127042-12

EM 069700413 US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

W Halbig
25526 Hawks Run Ln
Sarasota, Fl. 34776

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Clerk of the Court
U.S. District Court
141 Church Street
New Haven, CT

ZIP + 4® (U.S. ADDRESSES ONLY)
06510 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☒ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 32776 | Scheduled Delivery Date (MM/DD/YY): 8-9-18 | Postage: $ 24.70 | |
| Date Accepted (MM/DD/YY): 8-7-18 | Scheduled Delivery Time: ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 11:52 ☒ AM ☐ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ 2.75 | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 27.45 | |
| Weight ☒ Flat Rate lbs. ozs. | Acceptance Employee Initials: JP | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 1-ORIGIN POST OFFICE COPY

ISED INTERNATIONALLY,
STOMS DECLARATION
L MAY BE REQUIRED.

EMS

uly 2013 OD: 12.5 x 9.5

TU
ER FREE SUPPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.